UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:16-cv-80751-ROSENBERG/HOPKINS

JANET HOYT,

    Plaintiff,

vs.

ASIAN FIN, INC.,

    Defendant(s).

_____/

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, JANET HOYT, by and through undersigned counsel, hereby files her Notice of Voluntary Dismissal of this Action **with prejudice** pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and gives notice of the following:

1. Defendant, ASIAN FIN, INC. ("Defendant"), has not filed an Answer or a Motion for Summary Judgment and therefore the dismissal of this action at Plaintiff's request is proper pursuant to Fed. R. Civ. P. 41(a).

2. This case shall be dismissed **with prejudice** against Defendant with each party bearing their own attorneys' fees and costs.

Respectfully submitted this 8TH day of July, 2016.

        BY: /s/ Jason S. Weiss
          Jason S. Weiss
          Jason@jswlawyer.com
          Florida Bar No. 356890
          Peter S. Leiner
          Peter@jswlawyer.com
          Florida Bar No. 104527
          **WEISS LAW GROUP, P.A.**
          5531 N. University Drive, Suite 103
          Coral Springs, FL 33067
          Tel: (954) 573-2800
          Fax: (954) 573-2798
          Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

 I HEREBY CERTIFY that on this 8th day of July, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Tracy Ann Nemerofsky, Esq. at Tracy.falconpartners@gmail.com.

        BY: /s/ Jason S. Weiss
          Jason S. Weiss
          Jason@jswlawyer.com
          Florida Bar No. 356890
          Peter S. Leiner
          Peter@jswlawyer.com
          Florida Bar No. 104527