UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:16-cv-80751-ROSENBERG/HOPKINS

JANET HOYT,

    Plaintiff,

v.

ASIAN FIN, INC. d/b/a Asian Fin,

    Defendant.
_____/

### ORDER CLOSING CASE

**THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal with Prejudice [DE 19]. A notice of dismissal filed before the opposing party serves either an answer or a motion for summary judgment is effective upon filing. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F. 3d 1272, 1278 (11th Cir. 2012). In light of the fact that this case has been dismissed, it is hereby **ORDERED AND ADJUDGED**:

1. The Clerk of the Court is instructed to **CLOSE THIS CASE**.

2. All pending motions are **DENIED AS MOOT,** all deadlines are **TERMINATED**, and all hearings are **CANCELLED**.

**DONE AND ORDERED** in Chambers, Fort Pierce, Florida, this 12th day of July, 2016.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record